FILED
2005 Dec-09 PM 04:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Case Numbers:** |
| vs. | ) | CV 04-S-8029-J |
| | ) | CR 02-S-73-J |
| **LLOYD WHITE** | ) | |

**ORDER**

On November 3, 2005, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this motion to vacate, set aside or correct a sentence filed by Lloyd White pursuant to 28 U.S.C. § 2255, be dismissed as time-barred. No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be, and it hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the motion to vacate or set aside sentence filed pursuant to 28 U.S.C. § 2255 in the above-styled cause is due to be and the same is hereby DISMISSED as time-barred.

DONE this 9th day of December, 2005.

_____
United States District Judge